Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*October 24, 2024*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RUBEN R. MORENO**, <br> **a.k.a. "TORITO,"** <br><br> Defendant. | Case No.   **4:24-cr-00542** <br><br> **COUNT ONE** <br> *Felon in Possession of a Firearm* <br> 18 U.S.C. §§ 922(g)(1) and 924(a)(8) <br> NMT 15 Years' Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years' Supervised Release <br> Class C Felony <br><br> **FORFEITURE ALLEGATION** <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) <br><br> $100 Special Assessment <br><br> **FILE UNDER SEAL** |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*Felon in Possession of a Firearm*

On or about August 17, 2023, in the Southern District of Texas, the defendant, **RUBEN R. MORENO, a.k.a. "TORITO,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a ROHM brand, RG 40 model, .38 Special-caliber revolver bearing serial number R056870, and said firearm had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) set forth in Count One of this Indictment, the defendant, **RUBEN R. MORENO, a.k.a. "TORITO,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to: a ROHM brand, RG 40 model, .38 Special-caliber revolver bearing serial number R056870, and associated ammunition, all seized from the defendant's person on or about August 17, 2023.

All in accordance with Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

**ALAMDAR S. HAMDANI**
United States Attorney

**Original Signature on File**
**FOREPERSON OF THE GRAND JURY**

_____
**BYRON H. BLACK**
Assistant United States Attorney
Southern District of Texas

DATED:  October 24, 2024
        Houston, Texas

2