**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order
USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
## SEALED

| HOUSTON DIVISION | United States Courts | No. | **4:24-cr-00542** |
|---|---|---|---|
| USAO#:   2024R06665 | Southern District of Texas FILED | | |
| CRIMINAL  INDICTMENT | Filed:   *October 24, 2024* | Judge: | **Hanen** |
| | Nathan Ochsner, Clerk of Court | | |

UNITED STATES of AMERICA
vs.

ATTORNEYS:
ALAMDAR S. HAMDANI, USA         (713) 567-9000
BYRON H. BLACK, AUSA            (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| Ruben R. Moreno | ☐ | ☐ |
| a/k/a Torito | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Felon in Possession of a Firearm [18 USC § 922(g)(1) and 924(a)(8)]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Not more than 15 years imprisonment, not more than $250,000 fine, not more than 3 years SRT, $100 SA.

☐ In Jail

☐ On Bond                              NAME & ADDRESS
                                        of Surety

☑ No Arrest

## PROCEEDINGS: